UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Siritorn BOONSEUNUN, Petitioner, v. Christopher LaROSE, et al., Respondents. | Case No.: 26-cv-5318-AGS-VET **ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE** |

Petitioner Siritorn Boonseunun seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free her from immigration detention. Following a hearing and supplemental briefing, respondents "do not oppose" Boonseunun's petition and "defer to the Court as to the relief sought." (ECF 8, at 2.) In light of this concession, the habeas petition is **GRANTED**. Respondents must immediately release petitioner. All deadlines and hearings are vacated. The Clerk must issue a judgment and close this case.

Dated: October 21, 2026

Hon. Andrew G. Schopler
United States District Judge